

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00052-CV

_____

DAVID MARTIN ORTIZ, Appellant

V.

KAYLYNN SYLVIA, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-005719-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due July 6, 2022. *See* Tex. R. App. P. 38.6(a). On July 21, 2022, we notified Appellant that his brief had not been filed as the Texas Rules of Appellate Procedure require. We stated that we could dismiss his appeal for want of prosecution unless, within ten days, Appellant filed a brief along with an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than thirty days have passed, but we have not received a response.

Because Appellant has failed to file a brief, we dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: August 31, 2022